IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON NUÑEZ-GOMEZ,<br><br>Defendant. | No. CR-11-00072 LHK<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS HEARING |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Wednesday, March 16, 2011, shall be continued to Wednesday, April 6, 2011, at 10:00 a.m.

It is further ordered that 21 days shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

It is so ordered.

Dated: March 14, 2011

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge