1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    SUZANNE M. DeBERRY (CABN 259455)
     Special Assistant United States Attorney
5        150 South Almaden Boulevard, Suite 900
         San Jose, California 95113
6        Telephone: (408) 535-5588
         Facsimile: (408) 535-5066
7        suzanne.deberry2@usdoj.gov

8    Attorneys for the United States

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
     UNITED STATES OF AMERICA,          )    No.    CR 11-00072 LHK
14                                       )
            Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                       )   ORDER CONTINUING HEARING FROM
        v.                               )   APRIL 6, 2011 TO APRIL 27, 2011 AND
16                                       )   EXCLUDING TIME FROM THE SPEEDY
     RAMON NUNEZ-GOMEZ,                   )   TRIAL ACT CALCULATION
17                                       )
            Defendant.                    )
18                                       )
                                          )
19   _____)

20          The Parties, Ramon Nunez-Gomez and the United States, acting through respective

21   counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April

22   6, 2011 at 10:00 a.m. be vacated, and that the hearing be re-set for April 27, 2011 at 10:00 a.m..

23   Counsels are requesting the continuance of the hearing due to the need for additional time for

24   effective preparation and the need to jointly negotiate a resolution in this matter.

25          The parties stipulate that the time between April 6, 2011 and April 27, 2011 is excluded

26   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27   continuance would unreasonably deny defense counsel reasonable time necessary for effective

28   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

     ends of justice served by granting the requested continuance outweigh the best interest of the

                                              1

1    public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

2    U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3

4    DATED: April 1, 2011                    MELINDA HAAG
                                             United States Attorney
5

6                                                /s/
                                             _____
                                             SUZANNE DeBERRY
7                                            Assistant United States Attorney

8

9                                                /s/
                                             _____
                                             CYNTHIA LIE
10                                           Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[~~PROPOSED~~] **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for April 6, 2011 at 10:00 a.m. is vacated, and the matter is continued to April 27, 2011 at 10:00 a.m.. Further, the Court ORDERS that the time between April 6, 2011 and April 27, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/5/11

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE